UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LASHAWN L. WILKS, 08752-025, | |
| Petitioner, | |
| v. | Civil No. 23-cv-2556-JPG |
| UNITED STATES OF AMERICA, | Criminal No 19-cr-40085-JPG-18 |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**DATED:** August 6, 2024

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert   
 **J. PHIL GILBERT**
 **DISTRICT JUDGE**